*Ross v. Dempsey Uniform and Linen Supply*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of October, two thousand eighteen.

PRESENT:
> PETER W. HALL,
> GERARD E. LYNCH,
> *Circuit Judges,*
> VICTOR A. BOLDEN,*
> *District Judge.*

---

Paul Raymond Ross,

> *Plaintiff-Appellant*,

> v.                                                                                    17-1049

Dempsey Uniform and Linen Supply,
James F. Greenwald, Assistant Federal Public
Defender, Matthew Brown, Senior United States
Probation Officer in the Federal Probation
Office in Syracuse, NY, Dorcas Brandon,
Craig Benedict, Thomas McAvoy, Federal Court
Judge, Robert Lyons, FBI Agent, Paul Bokol,
Kristen Dempsey O'Donnell, Vice President of
Dempsey Uniform and Linen Supply, Thomas
O'Donnell, FBI Agent, Federal Public Defenders,
in Syracuse, NY,

---

* Judge Victor A. Bolden, of the United States District Court for the District of Connecticut, sitting by designation.

*Defendants-Appellees*.

_____

FOR PLAINTIFF-APPELLANT:                              Paul Raymond Ross, pro se,
                                                      Sidney, NY.

FOR DEFENDANTS-APPELLEES:                             No appearance.


Appeal from a judgment of the United States District Court for the Northern District District of New York (Mordue, *J.*; Stewart, *M.J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant Paul Raymond Ross, proceeding pro se, appeals the district court's judgment dismissing his complaint raising claims under, *inter alia*, 42 U.S.C. §§ 1983 and 1985 and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

This Court reviews a § 1915(e)(2) dismissal de novo. *Hardaway v. Hartford Pub. Works Dep't*, 879 F.3d 486, 489 (2d Cir. 2018). The district court must liberally construe a pro se complaint, *see Nance v. Kelly*, 912 F.2d 605, 606 (2d Cir. 1990), but nonetheless must dismiss the complaint sua sponte if it is brought in forma pauperis and fails to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii). Here, an independent review of the record and relevant case law reveals that the district court properly dismissed the complaint for failure to state a claim upon which relief may be granted. We affirm for substantially the reasons stated by the magistrate judge in his thorough December 29, 2016, report and recommendation.

We have considered all of Appellant's arguments and find them to be without merit.

Accordingly, we **AFFIRM** the judgment of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court